IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS DONALD LUND,

      Plaintiff,                         No. 2:11-cv-0557 JFM (PC)

   vs.

CITY OF SOUTH LAKE TAHOE, et al.,

      Defendants.              <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On June 24, 2011, plaintiff was directed to submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, obtained the certification required on the application form. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form. Plaintiff's failure

1

1  to comply with this order will result in a recommendation that this action be dismissed without
2  prejudice.
3        2. The Clerk of the Court is directed to send plaintiff a new Application to
4  Proceed In Forma Pauperis By a Prisoner.
5  DATED: August 8, 2011.

UNITED STATES MAGISTRATE JUDGE

/mp014;lund0557.3e