IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS DONALD LUND,

    Plaintiff,                        No. 2:11-cv-0557 MCE JFM (PC)

    vs.

CITY OF SOUTH LAKE TAHOE, *et al.*,

    Defendants.                  <u>ORDER</u>

        /

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: June 25, 2012.

                                       UNITED STATES MAGISTRATE JUDGE

/014;lund0557.59